-PS8
(8/88)



# United States District Court
for the
### Eastern District of Michigan

U.S.A. vs. **Keith Dotson**                                   Docket No. 19-30587

### Petition for Action on Conditions of Pretrial Release

    COMES NOW, Demetrius Hardy, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant <u>Keith Dotson</u> who was placed under pretrial release supervision by <u>United States Magistrate Judge R. Steven Whalen</u> sitting in the court at <u>the Eastern District of Michigan, Detroit, on, November 12, 2019</u> under the following conditions:

FILED
OCT 20 2019
CLERK'S OFFICE
U.S. DISTRICT COURT

1) Report as directed to Pretrial Services
2) Surrender any passport
3) Do not obtain a passport or other international travel document
4) Travel restricted to the Eastern District of Michigan, unless previous consent is received from Pretrial Services or the court
5) Avoid all contact with victim or witnesses
6) Get medical or psychiatric treatment
7) Participate in Location Monitoring/Home Detention
8) Submit to Location Monitoring technology as directed by Pretrial Services and pay all or part of the cost of the program
9) Submit to drug testing; if negative discontinue; if positive continue testing and treatment as directed
10) Participate in specialized treatment
11) Internet/computer use for work purposes at Olympia Entertainment only
12) No internet/computer use at home or for self employment or side jobs outside of work with Olympia Entertainment
13) Court will allow the defendant to reside at his home which is near a school
14) Do not obtain, view, or possess any sexually explicit, sexually graphic, or erotic materials
15) No contact with the victim or any of the victim's immediate family
16) No contact with minor children under the age of eighteen (18), do not reside in any household where the victim(s) or minor children live, do not obtain employment or participate in any volunteer activity during which there is unsupervised contact with minors under the age of eighteen (18)
17) Do not visit any areas within 100 yards of any school, day care center, park, or other place where children congregate
18) Reside in a residence approved by pretrial services
19) Participate in the computer restrictions/monitoring: allowed computer use or connected devices for employment purposes; no internet access unless for employment purposes
20) Do not patronize or be in or around places where sexually explicit material or stimuli are available

**Respectfully presenting petition for action of court and for cause as follows:**
(if short insert here; if lengthy write on separate and attach)

The following special condition of bond was not included in the original bond conditions.

PRAYING THAT THE COURT WILL ORDER THAT BOND BE AMENDED TO INCLUDE THE FOLLOWING SPECIAL CONDITION:

Do not possess a firearm, destructive device, or other dangerous weapon.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this _20_ day of _November_, 2019 and ordered filed and made a part of the records in the above case. | Executed on |
| _____ | _____ |
| R. Steven Whalen | Demetrius Hardy |
| U.S. Magistrate Judge | U.S. Pretrial Services Officer |

Place: Detroit, Michigan
Date: November 19, 2019