UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      Criminal No. 19-20793

v.                                            Hon. Gershwin A. Drain

KEITH EDWARD-GERALD DOTSON,

        Defendant.
                                     /

## STIPULATION TO ADJOURN DATES AND FIND EXCLUDABLE DELAY

The parties stipulate and agree to adjourn the trial in this case from February 4, 2020, to March 31, 2020. The parties also agree to adjourn the motion filing deadline to January 24, 2020, and the plea cutoff to February 21, 2020. The parties further stipulate, and jointly move for the Court to find, that the time period between February 4, 2020, and March 31, 2020, qualifies as excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and Defendant in a speedy trial. The parties are requesting this continuance and a finding of excludable delay for the following reasons:

    1.    On November 8, 2019, Defendant was charged in a complaint with receipt and distribution of child pornography and possession of child

1

pornography. Defendant made his initial appearance and was released on bond on November 12, 2019.

2. On December 2, 2019, Defendant was indicted on count 1 – distribution of child pornography, count 2 – receipt of child pornography, and count 3 – possession of child pornography.

3. On December 10, 2019, defense counsel reviewed part of the available forensic discovery in this case at the United States Attorney's Office.

4. The government intends to produce the majority of the discovery in this case the week of December 16, 2019. However, the government anticipates that additional forensic evidence will be obtained in the near future.

5. Defense counsel needs additional time to meet with Defendant and discuss the forensic discovery that has already been reviewed, to review the forthcoming discovery and discuss it with Defendant, and will need time to return to the United States Attorney's Office to review any additional forensic evidence.

6. Overall, this time is necessary for defense counsel and Defendant to effectively prepare a defense and engage in plea negotiations.

The government sought concurrence and Defendant agrees that the adjournment is in his best interest. Therefore, all parties request that this honorable Court find that the ends of justice served by the granting of this continuance outweigh the best interests of the public and Defendant in a speedy trial, and agree to adjourn the trial in this matter to March 31, 2020, the plea cutoff to February 21, 2020, and the motion filing deadline to January 24, 2020.  The parties also request that the Court make an ends of justice finding that the time period between February 4, 2020, and March 31, 2020, qualifies as excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

**IT IS SO STIPULATED.**

*s/ Devon Schulz*  
Assistant United States Attorney  
211 West Fort Street, Suite 2001  
Detroit, Michigan  48226-3211  
(313) 226-0248  
devon.schulz@usdoj.gov

*s/ Raymond A. Cassar*  
Attorney for Defendant  
30445 Northwestern Hwy., Suite 220  
Farmington Hills, MI 48334  
(248) 855-0911  
ray@crimlawattorney.com

Dated: December 12, 2019

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                        Criminal No. 19-20793

v.                                        Hon. Gershwin A. Drain

KEITH EDWARD-GERALD DOTSON,

        Defendant.

_____/

## ORDER ADJOURNING DATES
## AND FINDING EXCLUDABLE DELAY

The Court has considered the parties' stipulation and joint motion to continue the trial in this matter to March 31, 2020, and finds that the time period from February 4, 2020, to March 31, 2020, qualifies as excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7). For the reasons described in the parties' submission, and after considering the factors listed in § 3161(h)(7)(B), the Court finds that the ends of justice served by granting the parties' requested continuance outweigh the best interests of the public and the defendant in a speedy trial and that the time from February 4, 2020, to March 31, 2020, qualifies as excludable delay under § 3161(h)(7). Specifically, the Court finds that the delay is necessary for the following reasons:

1. On November 8, 2019, Defendant was charged in a complaint with receipt and distribution of child pornography and possession of child pornography. Defendant made his initial appearance and was released on bond on November 12, 2019.

2. On December 2, 2019, Defendant was indicted on count 1 – distribution of child pornography, count 2 – receipt of child pornography, and count 3 – possession of child pornography.

3. On December 10, 2019, defense counsel reviewed part of the available forensic discovery in this case at the United States Attorney's Office.

4. The government intends to produce the majority of the discovery in this case the week of December 16, 2019. However, the government anticipates that additional forensic evidence will be obtained in the near future.

5. Defense counsel needs additional time to meet with Defendant and discuss the forensic discovery that has already been reviewed, to review the forthcoming discovery and discuss it with Defendant, and will need time to return to the United States Attorney's Office to review any additional forensic evidence.

6. Overall, this time is necessary for defense counsel and Defendant to effectively prepare a defense and engage in plea negotiations.

**IT IS THEREFORE ORDERED** that the time from February 4, 2020, to March 31, 2020, shall constitute excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS FURTHER ORDERED** that the following deadlines will apply to these proceedings:

**Motion Deadline:** January 24, 2020

**Plea Cutoff:** February 21, 2020

**Plea Hearing** February 24, 2020 at 2:30 p.m.

**Trial:** March 31, 2020 at 9:00 a.m.

**IT IS SO ORDERED.**

s/Gershwin A. Drain
Hon. Gershwin A. Drain
United States District Judge

Entered: December 18, 2019