UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                             Criminal No. 19-20793

v.                                              Hon. Gershwin A. Drain

KEITH EDWARD-GERALD DOTSON,

        Defendant.
_____/

**STIPULATION TO ADJOURN DATES
AND FIND EXCLUDABLE DELAY**

The parties stipulate and agree to adjourn the trial in this case from March 31, 2020, to May 26, 2020. The parties also agree to adjourn the motion filing deadline to March 2, 2020, and the plea cutoff to May 11, 2020. The parties further stipulate, and jointly move for the Court to find, that the time period between March 31, and May 26, 2020, qualifies as excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and Defendant in a speedy trial. The parties are requesting this continuance and a finding of excludable delay for the following reasons:

    1.    On November 8, 2019, Defendant was charged in a complaint with receipt and distribution of child pornography and possession of child

    pornography. Defendant made his initial appearance and was released on bond on November 12, 2019.

2. On December 2, 2019, Defendant was indicted on count 1 – distribution of child pornography, count 2 – receipt of child pornography, and count 3 – possession of child pornography.

3. On December 10, 2019, defense counsel reviewed part of the available forensic discovery in this case at the United States Attorney's Office.

4. The government has produced the majority of discovery in this case. However, forensic review of Defendant's devices is not yet completed.

5. Defense counsel needs additional time to meet with Defendant and discuss the forensic discovery that has already been reviewed, to review the forthcoming discovery and discuss it with Defendant, and will need time to return to the United States Attorney's Office to review additional forensic evidence.

6. Additionally, defense counsel requires additional time to engage in plea negotiations with the government and to prepare materials that may be relevant to ongoing plea negotiations.

The government sought concurrence and Defendant agrees that the adjournment is in his best interest. Therefore, all parties request that this honorable

Court find that the ends of justice served by the granting of this continuance outweigh the best interests of the public and Defendant in a speedy trial, and agree to adjourn the trial in this matter to May 26, 2020, the plea cutoff to May 11, 2020, and the motion filing deadline to March 2, 2020. The parties also request that the Court make an ends of justice finding that the time period between March 31, 2020, and May 25, 2020, qualifies as excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

**IT IS SO STIPULATED.**

*s/ Devon Schulz*
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226-3211
(313) 226-0248
devon.schulz@usdoj.gov

*s/ Raymond A. Cassar*
Attorney for Defendant
30445 Northwestern Hwy., Suite 220
Farmington Hills, MI 48334
(248) 855-0911
ray@crimlawattorney.com

Dated: February 7, 2020

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      Criminal No. 19-20793

v.                                           Hon. Gershwin A. Drain

KEITH EDWARD-GERALD DOTSON,

        Defendant.

_____/

## ORDER ADJOURNING DATES
## AND FINDING EXCLUDABLE DELAY

The Court has considered the parties' stipulation and joint motion to continue the trial in this matter to May 25, 2020, and finds that the time period from March 31, 2020, to May 25, 2020, qualifies as excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7). For the reasons described in the parties' submission, and after considering the factors listed in § 3161(h)(7)(B), the Court finds that the ends of justice served by granting the parties' requested continuance outweigh the best interests of the public and the defendant in a speedy trial and that the time from March 31, 2020, to May 25, 2020, qualifies as excludable delay under § 3161(h)(7). Specifically, the Court finds that the delay is necessary for the following reasons:

1. On November 8, 2019, Defendant was charged in a complaint with receipt and distribution of child pornography and possession of child

pornography. Defendant made his initial appearance and was released on bond on November 12, 2019.

2. On December 2, 2019, Defendant was indicted on count 1 – distribution of child pornography, count 2 – receipt of child pornography, and count 3 – possession of child pornography.

3. On December 10, 2019, defense counsel reviewed part of the available forensic discovery in this case at the United States Attorney's Office.

4. The government has produced the majority of discovery in this case. However, forensic review of Defendant's devices is not yet completed.

5. Defense counsel needs additional time to meet with Defendant and discuss the forensic discovery that has already been reviewed, to review the forthcoming discovery and discuss it with Defendant, and will need time to return to the United States Attorney's Office to review additional forensic evidence.

6. Additionally, defense counsel requires additional time to engage in plea negotiations with the government and to prepare materials that may be relevant to ongoing plea negotiations.

**IT IS THEREFORE ORDERED** that the time from March 31, 2020, to May 26, 2020, shall constitute excludable delay under the Speedy Trial Act, 18

U.S.C. § 3161(h)(7), because the Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS FURTHER ORDERED** that the following deadlines will apply to these proceedings:

**Motion Deadline:** March 2, 2020

**Plea Cutoff:** May 11, 2020 at 3:30 p.m.

**Trial:** May 26, 2020 at 9:00 a.m.

**IT IS SO ORDERED.**

s/Gershwin A. Drain
Hon. Gershwin A. Drain
United States District Judge

Entered: February 19, 2020