# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                         Criminal No. 19-20793

v.                                       Hon. Gershwin A. Drain

KEITH EDWARD-GERALD DOTSON,

        Defendant.

_____/

## STIPULATION FOR EXTENSION
## TO CONDUCT PRESENTENCE INTERVIEW

The parties stipulate and agree to conduct the presentence interview outside of the 7-day requirement. Mr. Cassar and William Hampstead have scheduling conflicts and the presentence interview cannot be conducted within the 7-day time frame.

The parties therefore request that the Court grant an extension on conducting the presentence interview outside of the 7-day requirement. The presentence interview is scheduled for July 29, 2021, at 1:00pm.

**IT IS SO STIPULATED.**

*s/ Christopher Rawsthorne*                  *s/ Raymond A. Cassar*
Assistant United States Attorney          Attorney for Defendant
211 West Fort Street, Suite 2001          30445 Northwestern Hwy., Suite 220
Detroit, Michigan  48226-3211            Farmington Hills, MI 48334
(313) 226-9100                                   (248) 855-0911
christopher.rawsthorne@usdoj.gov      ray@crimlawattorney.com

Dated: July 15, 2021

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,                        Criminal No. 19-20793

v.                                          Hon. Gershwin A. Drain

KEITH EDWARD-GERALD DOTSON,

        Defendant.
_____/

## ORDER ALLOWING FOR EXTENSION TO CONDUCT PRESENTENCE INTERVIEW

The Court has found good cause to allow for an extension to conduct the presentence interview.

**IT IS THEREFORE ORDERED** that Court grants the extension to conduct the presentence interview.

                                                  **IT IS SO ORDERED.**

                                                  s/Gershwin A. Drain_____
                                                  Hon. Gershwin A. Drain
                                                  United States District Judge

Entered: July 16, 2021