UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,                      Case No. 19-cr-20793

v.                                     Hon. Gershwin A. Drain

Keith Edward-Gerald Dotson,

        Defendant.

## Declaration of Publication

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on September 23, 2021 and ending on October 22, 2021, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct.

                                                *Michael El-Zein*
                                                Michael El-Zein
                                                Assistant United States Attorney

Attachment 1

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION
# COURT CASE NUMBER: 19-20793; NOTICE OF FORFEITURE

Notice is hereby given that on September 22, 2021, in the case of <u>U.S. v. Keith Edward-Gerald-Dotson</u>, Court Case Number 19-20793, the United States District Court for the Eastern District of Michigan entered an Order condemning and forfeiting the following property to the United States of America:

Miscellaneous Electronics (19-USS-000619), including the following items: 1 Apple iPhone X, S/N F2RVVXTCJCL6; 1 Western Digital, Caviar Green Hard Drive, S/N WCAV50201760; 1 Seagate, Barracuda 7200.7 Hard Drive, S/N 4JS1JZHD; 1 Western Digital, Caviar SE WD800JD Hard Drive, S/N WMAM9SS01968; 1 Western Digital Caviar SE WD800JD Hard Drive, S/N WCANY2261177; 1 Western Digital SE 16 WD2500AAKS, S/N WMART0478427; 1 Hitachi 5K750-500 Hard Drive, S/N 51HMD0BE; 1 Western Digital Scorpio Blue WD6400BPVT H/D, S/N WX81E71AXCY3; 1 Western Digital Scorpio Blue WD6400BPVT H/D, S/N WXB1AC045834; 1 Seagate SRD00F1 Hard Drive, S/N NA4T38QK; 1 Seagate SRD0SP0 Hard Drive, S/N NA5CLJE1; 1 Seagate SRD00F1 Hard Drive, S/N NA7KKGMS; 1 Seagate Freeagent Hard Drive, S/N 2GET33AN; 1 Lacie LRD0TU1 Hard Drive With Orange Case, S/N 99991507020959QR; 1 Seagate Freeagent Goflex Desk H/D, S/N NA0J7SSR; 1 Seagate Blackarmor WS110 H/D, S/N 2HCJ1GH8; 19 (19) JPI USB Thumb Drives; 1 Silver USB Thumb Drive; 1 Lexar USB Thumb Drive; 1 Unknown Make Black USB Thumb Drive; 1 Rose Gold Apple IPhone 5 with Glitter Case; 1 Kodak 1GB SD Card; 1 Hewlett Packard Pavilion, DVH-1245DX, S/N CNF9254C94; 1 Seagate Blackup Plus Hub Hard Drive, S/N NA8TB1HA; 1 Centon Datastick Pro USB Thumb Drive; 1 Apple iPhone, IMEI: 013442008351313; 1 Western Digital Easy Store Hard Drive, S/N WCC7K5KLKL7J; 1 Western Digital Easy Store Hard Drive, S/N WCC7K2HDP6TF; 1 Black Powerspec G428 Desktop; 1 Lexar 8GB USB Thumb Drive; 1 Seagate, XBOX SRD0NF1 Hard Drive, S/N NZ07KS46; 1 Seagate Expansion SRD0NF2 Hard Drive, S/N NA8FZ5XS; 1 Sandisk Extreme Plus 32GB Micro SD Card with Sandisk SD Card Adapter; 1 Canon Vixia R42 Video Camera, S/N 642704502400; 1 Seagate Barracuda LP Hard Drive, S/N 5XW00F85; 1 Western Digital 2D400 Hard Drive, S/N WMAMC1966897; 1 Hitachi DK23FB-40 Hard Drive, S/N 7BFH4A1AE058; 1 Seagate ST315323A Hard Drive, S/N 5EH0220B; 1 Western Digital WD200 Hard Drive, S/N WMA6Y3951867; 1 IBM Deskstar Hard Drive, S/N SV0H7633; 1 Apple iPad AD PRO, IMEI: 355448070619046; 1 Nikon Coolpix Starter Memory Card, S/N P/N: 2221-016; 1 Sandisk, 128MC Compact Flash Card; 1 Apple iPhone, IMEI 353232104884301; 1 Western Digital, Caviar Green Hard Drive, S/N WCAV50201760 which was seized from Keith Edward-Gerald Dotson on July 09, 2019 at 15665 Wakenden Road, located in Unknown, MI

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person,

other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (September 23, 2021) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).  The ancillary petition must be filed with the Clerk of the Court, 231 W. Lafayette, Detroit, MI  48226, and a copy served upon Assistant United States Attorney Michael El-Zein, 211 W. Fort Street, Suite 2001, Detroit, MI  48226.  The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

      Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

      The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Michael El-Zein, 211 W. Fort Street, Suite 2001, Detroit, MI  48226.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between September 23, 2021 and October 22, 2021. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Keith Edward-Gerald-Dotson

**Court Case No:** 19-20793
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 09/23/2021 | 23.9 | Verified |
| 2 | 09/24/2021 | 23.9 | Verified |
| 3 | 09/25/2021 | 23.8 | Verified |
| 4 | 09/26/2021 | 23.9 | Verified |
| 5 | 09/27/2021 | 23.9 | Verified |
| 6 | 09/28/2021 | 23.9 | Verified |
| 7 | 09/29/2021 | 23.9 | Verified |
| 8 | 09/30/2021 | 23.9 | Verified |
| 9 | 10/01/2021 | 23.9 | Verified |
| 10 | 10/02/2021 | 23.9 | Verified |
| 11 | 10/03/2021 | 23.9 | Verified |
| 12 | 10/04/2021 | 23.8 | Verified |
| 13 | 10/05/2021 | 23.9 | Verified |
| 14 | 10/06/2021 | 23.9 | Verified |
| 15 | 10/07/2021 | 23.9 | Verified |
| 16 | 10/08/2021 | 23.9 | Verified |
| 17 | 10/09/2021 | 23.9 | Verified |
| 18 | 10/10/2021 | 23.9 | Verified |
| 19 | 10/11/2021 | 23.9 | Verified |
| 20 | 10/12/2021 | 23.9 | Verified |
| 21 | 10/13/2021 | 24.0 | Verified |
| 22 | 10/14/2021 | 23.9 | Verified |
| 23 | 10/15/2021 | 23.9 | Verified |
| 24 | 10/16/2021 | 23.9 | Verified |
| 25 | 10/17/2021 | 23.9 | Verified |
| 26 | 10/18/2021 | 23.9 | Verified |
| 27 | 10/19/2021 | 23.9 | Verified |
| 28 | 10/20/2021 | 24.0 | Verified |
| 29 | 10/21/2021 | 23.9 | Verified |
| 30 | 10/22/2021 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.