UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                      CRIMINAL NO. 19-cr-20793

                                          HON. GERSHWIN A. DRAIN

v.

KEITH EDWARD-GERALD DOTSON,

      Defendant.

## ORDER OF RESTITUTION

On July 14, 2021, Defendant Keith Edward-Gerald Dotson pleaded guilty to distribution of child pornography in violation of 18 U.S.C. § 2252A(a)(2). On October 20, 2021, Defendant was sentenced. Restitution is mandatory under 18 U.S.C. § 2259(b)(2), and pursuant to the parties' Stipulation entered on this date, the Court finds the full amount of the victim's losses total $3,000.00.

Accordingly, IT IS ORDERED that Defendant pay $3,000.00 to a guardian of MV-1, whose name and address will be provided to the Clerk's office, which represents the full amount of mandatory restitution. The Court shall amend the judgment to reflect this amount.

IT IS SO ORDERED.

Dated: January 14, 2022           /s/ Gershwin A. Drain
                                               GERSHWIN A. DRAIN
                                               UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 14, 2022, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Case Manager